SA15-260M

FINDING RE PROBABLE CAUSE

On May 16, 2015, at 8:00 a.m./~~p.m~~, Special Agent Scott McKim of the Homeland Securities Investigations appeared before me regarding the probable cause arrest of defendant Ken Zhiyi Liang,

occurring on May 15, 2015, at Irvine, California.

Having reviewed the agent's statement of probable cause, a copy of which is attached hereto, the Court finds that there **exists**/~~does not exist~~ probable cause to arrest the defendant(s) for a violation of Title 18, United States Code, Section 1512(c).

/ X / It is ordered that defendant Ken Zhiyi Liang be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on May 18, 2015.

/____/ It is ordered that defendant Ken Zhiyi Liang be discharged from custody on this charge forthwith.

DATED: 16 May 2015, at 8:00 a.m./~~p.m.~~

_____
Hon. DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE

FILED
2015 MAY 18 AM 11:26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY