UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | SAMJ 15-00260-M |
| ) | | |
| Plaintiff, ) | | ORDER Of DETENTION |
| ) | | |
| v. ) | | |
| ) | | |
| KEN ZHIYI LIANG, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

The Government's motion for review of the Magistrate Judge's release order and for detention of Defendant is **GRANTED**. The Court finds that no condition or combination of conditions will reasonably assure the appearance of Defendant as required or the safety of the community. The Court has considered (i) the nature and circumstances of Defendant's alleged witness tampering; (ii) the weight of the evidence against Defendant; (iii) the history and characteristics of Defendant; and (iv) the nature and seriousness of the danger to the community.

As to flight risk, Defendant's own recorded statements and the other evidence presented by the Government demonstrate a strong incentive on Defendant's part to flee to China, significant contacts and resources here in the United States and in China evidencing an ability to so flee, and, most concerning, a willful disregard for court orders, pretrial supervision, and the Government's ongoing investigation of the Chinese "birthing" houses.  The fact that Defendant's wife and children live in the United States does not mitigate the flight risk.  The well-being of Defendant's wife and children did not deter him from attempting to smuggle material witness D.L. out of the United States nor apparently did it deter him from assisting two other material witnesses to flee to China.  Moreover, Defendant's wife and children can visit him in China and, if they wish, move there.

As to danger, Defendant is charged with very serious criminal conduct.  With full knowledge that he would be disbarred and face imprisonment, Defendant attempted to smuggle a material witness to China and apparently assisted other material witnesses to flee there.  He appears determined to sabotage the Government's investigation of the Chinese "birthing" houses.  His own statements reflect a conscious disregard for the Court and the laws of the United States.

IT IS THEREFORE ORDERED that Defendant be detained prior to trial.

IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

IT IS FURTHER ORDERED that Defendant be afforded reasonable opportunity for private consultation with counsel.

IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which Defendant is confined deliver Defendant to a United States marshal for appearance at any future court proceeding.

Dated: May 20, 2015

_____
HONORABLE CORMAC J. CARNEY
United States District Judge